EXHIBIT "A"

# New Jersey Police Crash Investigation Report

Page 1 of 3   □ Fatal   ☒ Reportable   □ Non-Reportable   □ Change Report

| 1 Case Number | 10 Crash Occurred On: | NJTP  SNI | N | 11 Speed Limit 6 5 | 12 Route No. | Suffix | 13 Milepost 5 2 0 0 | 18 Speed Limit |
|---|---|---|---|---|---|---|---|---|
| D020-2020-00576A | | Dir | | | | | | |

2 Police Dept   STATE POLICE   Code 02
Road Name
□ At Intersection with   □ N  □ E   of:
□ Feet   □ S  □ W
□ Miles

3 Station/Precinct   MOORESTOWN

14   15   16

17 Cross Road Name

19 □ To:
Ramp □ From:

□ NB □ EB
□ SB □ WB

| 4 Date of Crash mm dd yy | 5 Day of Week Su M Tu W Th F Sa | 6 Time (use 2400 hrs.) | 7 Municipality Code | 8 Total Killed | 9 Total Injured | 21 Latitude | 20 Route/Name | 22 Longitude |
|---|---|---|---|---|---|---|---|---|
| 09 26 20 | | 1434 | 0319 | - | - | 40 . 74158 | | - 74 . 45718 |

| 23 Veh No | 24 Policy No. 01528110-0 | 25 Ins Code 99 | 53 Veh No | 54 Policy No. 5345J262773 | 55 Ins Code 99 |
|---|---|---|---|---|---|
| V1 | □ Parked □ Ped □ Pedalcyclist □ Resp to Emergency □ Hit & Run | | V2 | □ Parked □ Ped □ Pedalcyclist □ Resp to Emergency □ Hit & Run | |

| 26 Driver's First Name BYRON | Initial P | Last Name GODFREY | 29 Sex M | 56 Driver's First Name HU | Initial | Last Name PIAO | 59 Sex M |
|---|---|---|---|---|---|---|---|

| 27 Number & Street 1508 WESTOVER DR | 57 Number & Street 12212 LINCOLN LAKE WAY, APT. 2109 |
|---|---|

| 28 City SANDFORD | State NC | Zip 27330 | 58 City FAIRFAX | State VA | Zip 22030 |
|---|---|---|---|---|---|

| 30 Eyes 02 | DL Class D | Restrictions | Endorsements | 31 State NC | 60 Eyes 02 | DL Class D | Restrictions | Endorsements | 61 State VA |
|---|---|---|---|---|---|---|---|---|---|

| 32 Driver's License Number 000025632995 | 33 DOB mm dd yy 07 09 81 | 34 Expires mm yy 07 21 | 62 Driver's License Number T29722344 | 63 DOB mm dd yy 01 10 82 | 64 Expires mm yy 01 21 |
|---|---|---|---|---|---|

| 35 Owner's First Name | Initial | Last Name | 65 Owner's First Name | Initial | Last Name |
|---|---|---|---|---|---|
| □ Same As Driver   C AND M MARKETING | | | ☒ Same As Driver | | |

| 36 Number & Street 3206 RUTLEDGE PL | 66 Number & Street |
|---|---|

| 37 City QUINCY | State IL | Zip 62301 | 67 City | State | Zip |
|---|---|---|---|---|---|

| 38 Make PTRB | 39 Model TR | 40 Color RED | 41 Year 2017 | 42 Plate No. P1009097 | 43 State IL | 68 Make INFI | 69 Model QX80 | 70 Color GRY | 71 Year 2019 | 72 Plate No. ULR5625 | 73 State VA |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 44 VIN 1XPBDP9X1HD434064 | 45 Expires 03 21 | 74 VIN JN8AZ2NE5K9231697 | 75 Expires 02 21 |
|---|---|---|---|

| 46 Vehicle Removed To | 76 Vehicle Removed To |
|---|---|
| ☒ Driven   □ Towed Disabled   □ Towed Disabled & Impounded   □ Left at Scene   □ Towed Impounded | ☒ Driven   □ Towed Disabled   □ Towed Disabled & Impounded   □ Left at Scene   □ Towed Impounded |

| 47 Authority   □ Owner   ☒ Driver   □ Police | 77 Authority   □ Owner   ☒ Driver   □ Police |
|---|---|

| 48 Alcohol Drug Test   Given: ☒ No □ Yes □ Refused | 49 Hazardous Material ☒ None □ On Board □ Spill | 78 Alcohol Drug Test   Given: ☒ No □ Yes □ Refused | 79 Hazardous Material ☒ None □ On Board □ Spill |
|---|---|---|---|
| Type: □ Breath □ Blood □ Urine | | Type: □ Breath □ Blood □ Urine | |
| Results: 0.__ __ % □ Pending | Hazard Class   Placard No. | Results: 0.__ __ % □ Pending | Hazard Class   Placard No. |

| 50 Carrier No.   ☒ USDOT 3047510 □ None   □ MC/MX | 51 GVWR / GCWR (trucks and buses only) □ ≤ 10,000 lbs □ 10,001 - 26,000 lbs □ ≥ 26,001 lbs | 80 Carrier No.   □ USDOT □ None   □ MC/MX | ☒ None | 81 GVWR / GCWR (trucks and buses only) □ ≤ 10,000 lbs □ 10,001 - 26,000 lbs □ ≥ 26,001 lbs |
|---|---|---|---|---|

| 52 Motor Carrier or Government Entity | 82 Motor Carrier or Government Entity |
|---|---|
| Number & Street | Number & Street |
| City   State   Zip | City   State   Zip |

135 Damage To Other Property

| Oper. | 136 Charge | 137 Summons No. | Oper. | 138 Charge | 139 Summons No. |
|---|---|---|---|---|---|
| Oper. | 140 Charge | 141 Summons No. | Oper. | 142 Charge | 143 Summons No. |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | V1 | 01 | 01 | 05 | 39 | M | - | - | | 11 | 04 | - | | BYRON P GODFREY  1508 WESTOVER DR, SANDFORD, NC  27330 |
| B | V2 | 01 | 01 | 05 | 38 | M | - | - | | 11 | 04 | - | | HU PIAO  12212 LINCOLN LAKE WAY, APT. 2109, FAIRFAX, VA  22030 |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |

NJTR-1  (Rev. 01/17)

| New Jersey Police<br><br>**Crash Investigation Report** | Case Number<br><br>D020-2020-00576A | Page __2__ of __3__ |
|---|---|---|

145. Crash Description/Narrative

Driver 1 stated to the effect: I was driving in the center lane and was almost cut off and hit the car in the left lane.
Driver 2 stated to the effect: I was driving in the left land and got hit by the truck.

Investigation at the scene revealed: V1 was traveling in the center lane northbound (SNI) on the New Jersey Turnpike in the area of milepost 52, Mansfield Township, Burlington County. V1 failed to maintain directional control of V1 and side-swiped V2 which was traveling in the right lane. V1 sustained minor damage to its front driver's side quarter panel. V2 sustained minor damage to its rear passenger side quarter panel. There were no injures noted or observed on scene. Both vehicles were driven from the scene.


V1 trailer information:
License # - 654854ST / IL
VIN: 1JJV532D2AL379079

Page #1, Box #25: THE PALADIN GROUP INSURANCE COMPANY
Page #1, Box #55: NATIONWIDE VA
Page #1, Box #118a: V1 FAILED TO MAINTAIN DIRECTIONAL CONTROL

NJTR-1A  (Rev. 01/17)

| New Jersey Police<br>Crash Investigation Report | Case Number<br>D020-2020-00576A | Page ___3___ of ___3___ |
| --- | --- | --- |

144. Crash Diagram



Not To Scale

New Jersey Turnpike
SNI Roadway Milepost 52
Mansfield Township
Burlington County

146. Officer's Signature

TPR. A R RIVERA

| 147. Badge #<br>8076 | 148. Reviewer<br>TL | Badge #<br>7044 | 149. Case Status<br>☐ Pending  ☒ Complete |
| --- | --- | --- | --- |

NJTR-1 (Rev. 01/17)

EXHIBIT "B"

**LAW OFFICES OF CONRAD PARK, P.C.**
Changhyun Conrad Park, Esq.
Attorney I.D.: 012082008
2160 N. Central Road Suite 106
Fort Lee, NJ 07024
(201) 266-0666
Attorneys for Plaintiff HU PIAO

| | |
|---|---|
| HU PIAO, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION: BERGEN COUNTY |
| | : |
| Plaintiff, | : DOCKET NO.: |
| | : |
| vs. | : CIVIL ACTION |
| | : |
| BYRON P GODFREY AND | : **COMPLAINT WITH DEMAND FOR** |
| C & M MARKETING AND FOOD SALES | : **TRIAL BY JURY** |
| LLC, | : |
| | : |
| | : |
| Defendant. | : |

Plaintiff, HU PIAO, by way of Complaint, state:

1.  Plaintiff HU PIAO, is an adult individual residing at 12212 Lincoln Lake Way, Fairfax, VA 22030.

2.  Defendant BYRON P GODFREY, is an adult individual residing at 1508 Westover Drive, Sandford, NC 27330.

3.  Defendant C & M MARKETING AND FOOD SALES LLC ("C & M MARKETING") is a business duly authorized to conduct business with an office at 3206 Rutledge Place, Quincy, Il 62301.

4.  Defendant BYRON P GODFREY, was and has been an employee, agent, and/or servant of defendant C & M MARKETING .

5.  On or about September 26, 2020, plaintiff HU PIAO was operating his vehicle, which was traveling on New Jersey Turnpike in Maple Shade Township, Burlington, New Jersey.

6. At the same time and place aforesaid, defendant BYRON P GODFREY was operating a motor vehicle owned by defendant C & M MARKETING, in the course of employment with defendant C & M MARKETING as an employee, agent, and/or servant of defendant C & M MARKETING, in the same direction as plaintiff's vehicle was traveling on New Jersey Turnpike.

7. At the same time and place aforesaid, an incident occurred when defendants' vehicle came into contact with plaintiff's vehicle, causing plaintiff HU PIAO to be violently thrown inside the vehicle.

8. Defendant, BYRON P GODFREY operated the motor vehicle owned by defendant C & M MARKETING in such a reckless, careless, and negligent manner so as to cause the accident.

9. Defendant C & M MARKETING so recklessly, carelessly, and negligently hired defendant BYRON P GODFREY and entrusted its motor vehicle to defendant BYRON P GODFREY.

10. As a direct and approximate result of said accident plaintiffs, HU PIAO sustained personal injuries, which resulted in permanent injuries, which have not healed to function normally and will not heal to function normally with further medical treatment.

11. As a further result of the Defendants' negligence, plaintiff HU PIAO has incurred and will continue to incur expenses for doctors, hospitals and other medical treatment for his injuries. In addition, plaintiff has been disabled and unable to perform his usual functions and have been caused and will be caused great pain and suffering, to his great loss and damage, and has sustained property damage and past and future lost wages.

WHEREFORE, plaintiff, HU PIAO demands judgment against the defendants BYRON P GODFREY and C & M MARKETING and/or in the alternative, for damages, together with

interest, cost of suit and attorneys' fees.

*Park Changhyun*

_____

Changhyun Conrad Park, Esq.
**Attorney for Plaintiff**

Dated: September 2, 2021

CERTIFICATION

I hereby certify that, pursuant to R.4:5-1, the matter in controversy is not the subject to any other action pending in any Court or of any arbitration proceeding and no such action or proceeding is contemplated. I know of no other party who should be joined in this action.

*Park Changhyun*

Changhyun Conrad Park, Esq.
Attorney for Plaintiff

Dated: September 2, 2021

DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to R.4:25.4, Changhyun Conrad Park, Esquire is hereby designated trial counsel in this matter.

*Park Changhyun*

Changhyun Conrad Park, Esq.
Attorney for Plaintiff

Dated: September 2, 2021

JURY DEMAND

Plaintiff, HU PIAO, demand a trial by jury on all issues.

*Park Changhyun*

Changhyun Conrad Park, Esq.
Attorney for Plaintiff

Dated: September 2, 2021

**LAW OFFICES OF CONRAD PARK, P.C.**
Changhyun Conrad Park, Esq.
Attorney I.D.: 012082008
2160 N. Central Road Suite 106
Fort Lee, NJ 07024
(201) 266-0666
Attorneys for Plaintiff HU PIAO

| | |
|---|---|
| HU PIAO | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION |
| Plaintiff, | : |
| vs. | : BERGEN COUNTY |
| | |
| BYRON P GODFREY AND | : DOCKET NO.: |
| C & M MARKETING AND | : |
| FOOD SALES LLC | : |
| Defendant. | : |

FROM THE STATE OF NEW JERSEY,

*To the Defendant(s) Named Above:*

*The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971 Trenton, NJ 08625-0971. A filing fee payable to the clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer of motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.*

*If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.*

*If you cannot afford an attorney, you may call Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.*

Dated: September 2, 2021

_____

Michelle Smith Clerk of the Superior Court

Name of Defendant(s) to be served:
BYRON P GODFREY
C & M MARKETING AND FOOD SALES LLC

Address of Defendant(s) to be served:
BYRON P GODFREY- 3206 Rutledge Place, Quincy, Il 62301.
C & M MARKETING AND FOOD SALES LLC- 3206 Rutledge Place, Quincy, Il 62301.

# Civil Case Information Statement

**Case Details: BERGEN | Civil Part Docket# L-005868-21**

**Case Caption:** PIAO HU  VS GODFREY BYRON

**Case Initiation Date:** 09/03/2021

**Attorney Name:** CHANGHYUN PARK

**Firm Name:** CONRAD PARK

**Address:** 2160 N CENTRAL RD STE 106

FORT LEE NJ 07024

**Phone:** 2012660666

**Name of Party:** PLAINTIFF : PIAO, HU

**Name of Defendant's Primary Insurance Company**

(if known): progressive

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: HU PIAO?** NO

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO

**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** YES

**If yes, for what language:**

KOREAN

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/03/2021

Dated

/s/ CHANGHYUN PARK

Signed

EXHIBIT "C"

FILED

SEP 07 2021

BONNIE J. MIZDOL, A.J.S.C.

*Prepared by the Court*

| | | |
|---|---|---|
| HU PIAO, | : | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, | : | LAW DIVISION: BERGEN COUNTY |
| v. | : | |
| | : | CIVIL ACTION NO. BER-L-5868-21 |
| BYRON GODFREY AND C & M | : | |
| MARKING AND FOOD SALES LLC, | : | **ORDER TO TRANSFER VENUE TO** |
| Defendant. | : | **BURLINGTON COUNTY** |
| | : | |

**THIS MATTER,** having brought before the Court, *sua sponte,* and for good cause;

**IT IS,** on this 7th day of September, 2021, **ORDERED**

1. The venue in the above matter, Docket No. BER-L-5868-21, is hereby transferred

from Bergen County to Burlington County.[1]

_____
Hon. Bonnie J. Mizdol, A.J.S.C.

---

[1] R. 4:3-2(a)(3) governs where venue may be laid; it provides that venue shall be laid in the county in which the cause of action arose, or in which any party to the action resides at the time of its commencements […]. This matter arises out of an automobile accident that occurred in Maple Shade Township, Burlington County, New Jersey. At the time of the instant filing, Plaintiff Hu Piao was a resident of Fairfax, Virginia, Defendant C & M Marking and Food Sales LLC was a resident of Quincy, Illinois, and Defendant Byron P. Godfrey was a resident of Sandford, North Carolina. Since there is no Bergen County nexus to the cause of action, and the situs of the accident is Burlington County, transfer to Burlington County is appropriate.



# Case Summary

**Case Number:** BUR L-001919-21

**Case Caption:** Piao Hu  Vs Godfrey Byron

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Burlington | **Case Initiation Date:** 09/03/2021 |
| **Case Type:** Auto Negligence-Personal Injury (Non-Verbal Threshold) | **Case Status:** Active | **Jury Demand:** 6 Jurors |
| **Case Track:** 2 | **Judge:** Aimee R Belgard | **Team:** 1 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

## Plaintiffs
### Hu  Piao

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** Changhyun Park |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 012082008 |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** CONRADPARKLAW@GMAIL.COM | | |

## Defendants
### C & M Marketing Andfood Sales

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  | **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Byron P Godfrey

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:** | **State:** NJ | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 09/09/2021 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20212082369 | 09/09/2021 |



EXHIBIT "D"

## AFFIDAVIT OF SERVICE

**State of New Jersey**              **County of BERGEN**                    **Superior Court**

Case Number: BER-L-5868-21

Plaintiff:
**HU PIAO**

vs.

Defendant:
**BYRON GODFREY AND C&M MARKING AND FOOD SALES**

For:
BERGEN LAWYER SERVICE, LLC
4 RIVER STREET EXT.
APT 63
LITTLE FERRY, NJ 07643

Received by Big River Investigations on the 7th day of September, 2021 at 1:38 pm to be served on **BYRON GODFREY, 3206 RUTLEDGE PL, QUINCY, IL 62301**.

I, GARRETT RILEY, being duly sworn, depose and say that on the **15th day of September, 2021 at 9:45 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **ORDER TO TRANSFER VENUE TO BURLINGTON COUNTY; COMPLAINT WITH DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **CASEY MUEHRING** as **MANAGER**, a person employed therein and authorized to accept service for **BYRON GODFREY** at the address of: **3206 RUTLEDGE PL, QUINCY, IL 62301**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 200, Hair: BLOND, Glasses: Y

I certify that I am over the age of 21, have no interest in the above action, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day
of September, 2021 by the affiant who is personally
known to me.

NOTARY PUBLIC

ELIZABETH A RILEY
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 3, 2020

**GARRETT RILEY**
Process Server

**Big River Investigations**
437 North 9th Street
Quincy, IL 62301
(217) 228-9114

Our Job Serial Number: BRI-2021001267

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

EXHIBIT "E"

HU PIAO         Plaintiff

vs.

BYRON GODFREY AND C&M     Defendant
MARKING AND FOOD SALES

**Superior Court of New Jersey**
Law Division
BERGEN County
Docket Number: BER-L-5868-21

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Person to be served (Name & Address):**
C&M MARKETING AND FOOD SALES, LLC
3206 RUTLEDGE PL
QUINCY, IL 62301

**Attorney:**
BERGEN LAWYER SERVICE, LLC
4 RIVER STREET EXT.
APT 63
LITTLE FERRY, NJ 07643

**Papers Served:** ORDER TO TRANSFER VENUE TO BURLINGTON COUNTY; COMPLAINT WITH DEMAND FOR TRIAL BY JURY

**Service Data:**

Served Successfully **X**    Not Served_____    Date: 9/11/2021     Time: 3:47 pm     Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household
member over 14 years of age residing
therein

__X___ Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Name of Person Served and relationship / title:

CASEY MUERING _____

OWNER _____

**Description of Person Accepting Service:**

Sex: F ___    Age: 35 ___    Height: 5'4" ___    Weight: 200 ___    Skin Color: WHITE _____    Hair Color: BLOND _____

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                  _____ Date _____ Time

( ) Other: _____

**Comments or Remarks:**
09/11/2021 3:47 PM CASEY AND CASON MUERING OWN COMPANY.

**Server Data:**

Subscribed and Sworn to before me on the 15th day of
September, 2021 by the affiant who is personally known
to me

_____
NOTARY PUBLIC

ELIZABETH A RILEY
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 3, 2023

I, GARRETT RILEY, was at the time of service a
competent adult not having a direct interest in the
litigation. I declare under penalty of perjury that the
foregoing is true and correct.

_____ 9/15/
Signature of Process Server       Date

Big River Investigations
437 North 9th Street
Quincy, IL 62301
(217) 228-9114
Our Job Serial Number: BRI-2021001268

EXHIBIT "F"

PROGRESSIVE CLAIMS
747 ALPHA DRIVE
HIGHLAND HEIGHTS, OH 44143

**PROGRESSIVE®**

**Underwritten By:**
**Artisan and Truckers Casualty Company**

Claim Number:    20-4189215
Loss Date:    September 26, 2020
Loss State:    NJ
Report Date:    October 27, 2020
Document Date:    August 5, 2021
Page 1 of 1

CONRAD PARK PC
CHANGHYUN CONRAD PARK
2160 N CENTRAL ROAD
SUITE 106
FT LEE, NJ 07024

**claims.progressive.com**
Track the status and details of your
claim, e-mail your representative or
report a new claim.

# Claim Information

RE:

Your Client    :    HU PIAO

Fax Number    :    917-688-2268

In response to your counter demand of $75,000.00 on August 5, 2021, I have reviewed your client's claim and will extend an offer for $25,000.00 for full and final settlement of your client's Bodily Injury claim.

Please contact me as soon as possible so we can hopefully come to a fair and amicable resolution of your client's claim.

Sincerely,

SCOTT D COLBERT
Claims Department
1-440-620-2628
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1738

cc:  BYRON GODFREY
     C AND M MARKETING AND FOOD SALES LLC

Form Z587 (01/08)

Pol: 5345J 262773Claim: 076079-GLIns: Hu PiaoDoL.: 09/25/2020St: OpenAdj: Jessica M Byrd (Claims Recovery Services Group 3 Unit 5)

# Search Summary: Underwriting Company: Nationwide | Claim Number: 076079-GL | Adjuster Name: Corinne E Johnson | P.O. Box 26005-Daphne-AL-36526-2605/717-229-7710/JOHNC100@nationwide.com/877-590-8188 | Exposures: (4) 1st Party Med Pay - Hu Piao | Cost Type: Indemnity

Total: $17888.38

| Payee/ Payer Name | Service Date From | Service Date To | Transaction Date | EXP Type | Amount | Check Number | Explanation Number | Cost Type | TOL |
|---|---|---|---|---|---|---|---|---|---|
| CHANG ADVANCED CHIROPRAC | 10/20/2020 | 11/19/2020 | 11/30/2020 | Med Pay | $3,548.00 | 16002291 | NM5237992 | Indemnity | Not Applicable |
| CHANG ADVANCED CHIROPRAC | 11/21/2020 | 01/07/2021 | 01/14/2021 | Med Pay | $3,772.00 | 16177040 | NM5275024 | Indemnity | Not Applicable |
| INSIGHT HEALTH CORP | 01/26/2021 | 01/26/2021 | 02/04/2021 | Med Pay | $1,309.60 | 43116346 | NI0987876 | Indemnity | Not Applicable |
| INSIGHT HEALTH CORP | 01/26/2021 | 01/26/2021 | 02/04/2021 | Med Pay | $1,509.60 | 43116349 | NI0987882 | Indemnity | Not Applicable |
| CHANG ADVANCED CHIROPRAC | 01/12/2021 | 02/09/2021 | 03/02/2021 | Med Pay | $1,803.80 | 16352335 | NM5318517 | Indemnity | Not Applicable |
| Hu Piao | 02/09/2021 | 02/09/2021 | 03/17/2021 | Med Pay | $67.57 | 16410278 | | Indemnity | Not Applicable |
| CHANG ADVANCED CHIROPRAC | 02/11/2021 | 03/18/2021 | 03/31/2021 | Med Pay | $2,253.00 | 16471758 | NM5348335 | Indemnity | Not Applicable |
| Hu Piao | 03/26/2021 | 03/26/2021 | 04/15/2021 | Med Pay | $15.65 | 16526793 | | Indemnity | Not Applicable |
| Hu Piao | 04/16/2021 | 04/16/2021 | 04/23/2021 | Med Pay | $53.34 | 16563963 | | Indemnity | Not Applicable |

Poi: 5345J 262773Claim: 076079-GLIns: Hu PiaoDol:09/25/2020St: OpenAdj: Jessica M Byrd (Claims Recovery Services Group 3 Unit 5)

Total: $17888.38

| Payee/ Payer Name | Service Date From | Service Date To | Transaction Date | EXP Type | Amount | Check Number | Explanation Number | Cost Type | TOL |
|---|---|---|---|---|---|---|---|---|---|
| CHANG ADVANCED CHIROPRAC | 03/23/2021 | 05/06/2021 | 06/17/2021 | Med Pay | $2,465.00 | 16769381 | NM5421108 | Indemnity | Not Applicable |
| GALLOWS INTERNAL MEDICINE INC | 10/29/2020 | 11/12/2020 | 06/18/2021 | Med Pay | $420.00 | 43345192 | NU0368795 | Indemnity | Not Applicable |
| GREATER WASHINGTO ORTHOPAED GROUP PA | 02/08/2021 | 03/23/2021 | 06/21/2021 | Med Pay | $395.82 | 16777120 | | Indemnity | Not Applicable |
| Hu Piao | 02/08/2021 | 03/23/2021 | 06/21/2021 | Med Pay | $275.00 | 16777140 | | Indemnity | Not Applicable |

EXHIBIT "G"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| HU PIAO, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| BYRON P. GODFREY; and C&M MARKETING AND FOOD SALES, LLC, | |
| Defendants. | |

## ANSWER, DEFENSES AND CROSS CLAIMS OF DEFENDANTS, BYRON P. GODFREY AND C&M MARKETING AND FOOD SALES, LLC, TO PLAINTIFF'S COMPLAINT

Defendants, Byron P. Godfrey and C&M Marketing and Food Sales, LLC (hereinafter referred to as "Defendants" or "C&M"), by way of Answer to the Plaintiff's Complaint, hereby states:

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

2.      Admitted.

3.      Admitted.

4.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

5.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

6.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

7.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

8.      Denied.

9.      Denied.

10.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

11.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

**WHEREFORE,** Defendants, Byron P. Godfrey and C&M Marketing and Food Sales, LLC, hereby demands judgment against the Plaintiff dismissing Plaintiff's Complaint with prejudice and respectfully requests that the Court enter a judgment in its favor and against the Plaintiff for attorneys' fees and costs and any other relief that this Court deems just and appropriate.

## SEPARATE DEFENSES

1.      The Complaint fails to state a claim upon which relief may be granted, and Defendants reserve the right to move to dismiss.

2.      The Complaint is barred by the applicable statute of limitations and/or statute of repose governing such claims.

3.      The incidents complained of were caused by third parties over whom Defendants had no control.

4.      If Plaintiff sustained injuries or damages, those injuries or damages were proximately caused by the superseding intervening actions of others.

5.      Defendants breached no duty to any party herein.

6.      Plaintiff's claims are barred by the doctrine of laches.

2

7.      Plaintiff's claims are barred by the doctrine of waiver.

8.      Plaintiff's claims are barred by the doctrine of unclean hands.

9.      Plaintiff's claims are barred by the doctrine of estoppel.

10.     Plaintiff's claims are barred by the doctrine of joint enterprise.

11.     Plaintiff's claims are barred, in whole or in part, by the entire controversy doctrine.

12.     Without admitting any liability herein, and without admitting that Plaintiff has suffered any damages at all, Plaintiff failed to take reasonable steps to mitigate damages, if any.

13.     Defendants complied with all applicable and existing state and federal statutes and regulations and industry standards.

14.     Plaintiff's claims are barred or diminished and reduced by the doctrine of comparative negligence under the New Jersey Comparative Negligence Act, N.J.S.A. 2A:15-5.1 et seq.

15.     Plaintiff's claims are barred or diminished and reduced by the Collateral Source Rule, as set forth in N.J.S.A. 2A:15-97.

16.     Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks the requisite standing to proceed with this litigation.

17.     This action is barred, in whole or in part, by Plaintiff's failure to join a party without whom the action cannot proceed pursuant to R. 4:28-1.

18.     Defendants deny any claim for strict liability, if any.

19.     Defendants deny any claim for compensatory damages.

20.     Defendants deny any claim for punitive damages.

21.     Plaintiff's claims are barred, in whole or in part, by accord and satisfaction.

22.     Service of process was insufficient and/or improper and Plaintiff's claims should be dismissed accordingly.

23.     Plaintiff's claims are barred, in whole or in part, by F.R.C.P. 11 (b), and, as present, is frivolous, improper, intended to harass, is unwarranted, baseless and is lacking in evidentiary support, and, as a result, Defendants are entitled to sanctions.

3

## REQUEST FOR STATEMENT OF DAMAGES

1.       You are hereby requested and required to furnish to the undersigned within five (5) days, a written statement of the amount of damages claimed.

## DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Rule 4:25-4, Marc R. Jones, Esquire, is hereby designated as trial counsel in the above matter.

## DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury as to all issues.

## CERTIFICATION

The matter in controversy is not the subject to any other known action pending in any Court, or of a known or contemplated arbitration proceeding.  There are no other parties known who should be joined in this action.

**CIPRIANI & WERNER, P.C.**

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Byron P. Godfrey and C&M
Marketing and Food Sales, LLC
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:        September 30, 2021

4